## CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Mark David Miguel**; DOB: 1967; U.S. Citizen<br>**Efrain Antonio Andres**; DOB: 1972; U.S. Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**18-01004MJ** |

Complaint for violation of Title 8, United States Code §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), & 1324(a)(1)(B)(i); 1325; 18 USC § 2

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about December 20, 2018, at or near Sells, in the District of Arizona, **Mark David Miguel** and **Efrain Antonio Andres**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, including Juan Diego-Pedro and Andres Juan-Ignacio, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii); 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).**

**COUNT 2 (Misdemeanor)** On or about December 20, 2018, at or near Sells, in the District of Arizona, **Mark David Miguel and Efrain Antonio Andres,** did unlawfully aid and abet certain illegal aliens, including Juan Diego-Pedro and Andres Juan-Ignacio, to elude examination and inspection by Immigration Officers of the United States of America; in violation of **Title 8, United States Code, Section 1325** and **Title 18, United States Code, Section 2.**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On December 20, 2018, a white 2019 Nissan Rogue approached the State Route 86 (SR 86) checkpoint. An immigration inspection revealed five adults and one juvenile. The driver was identified as **Efrain Antonio Andres**, the front seat passenger was identified as **Mark David Miguel**, and an adult female and a juvenile female were back seat passengers. The other two other back seat passengers were identified as Juan Diego-Pedro and Andres Juan-Ignacio. Material witnesses Diego-Pedro and Juan-Ignacio were determined to be illegally present in the United States.

After waiving his *Miranda* rights, **Miguel** stated that he was going to be paid to transport the two illegals to Tucson. **Miguel** stated the driver, identified as **Andres**, asked **Miguel** to accompany him and pose as family in case they encountered law enforcement.

The material witnesses, Diego-Pedro and Juan-Ignacio, said that they had made arrangements to be smuggled into the United States for money. They entered the U.S. illegally from Mexico and walked to a house where they stayed for approximately one week. They stated that a car arrived at the residence and picked them up. The material witnesses were able to positively identify the driver and the passenger from a photo line-up.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:** Juan Diego-Pedro and Andres Juan-Ignacio

| DETENTION REQUESTED<br>COMPLAINT REVIEWED by AUSA RW | SIGNATURE OF COMPLAINANT |
|---|---|
| *Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | OFFICIAL TITLE & NAME:<br>U.S. Border Patrol Agent |
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>December 21, 2018 |

1) See Federal rules of Criminal Procedure Rules 3 and 54